**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-2322**

---

RAMACHANDRAN VARADARAJAN,

Plaintiff - Appellant,

versus

INTERNATIONAL OLYMPIC COMMITTEE; INTERNATIONAL
HOCKEY FEDERATION; INTERNATIONAL AMATEUR
ATHLETIC FEDERATION,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CA-96-1061-A)

---

Submitted: December 31, 1996        Decided: January 23, 1997

---

Before HALL, WILKINS, and LUTTIG, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Ramachandran Varadarajan, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal an order dismissing without prejudice his complaint requesting a temporary restraining order. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order. Drudge v. McKermon, 482 F.2d 1375, 1376 (4th Cir. 1973) (denial of request for temporary restraining order is not generally appealable).

Accordingly, we dismiss the appeal. We deny Appellant's Motion for Order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2